No. 574. THE BORNN HAT COMPANY, PLAINTIFF IN ERROR, *v.* THE UNITED STATES. In error to the Circuit

Court of the United States for the Southern District of
New York. Motion to affirm submitted January 9, 1912.
Decided January 15, 1912. *Per Curiam.* Judgment
affirmed on the authority of *Wilson* v. *United States*, 221
U. S. 361; *Dreier* v. *United States*, 221 U. S. 394; *American
Tobacco Company* v. *Werckmeister*, 207 U. S. 284, 302;
*Hale* v. *Henkel*, 201 U. S. 43, and cause remanded to the
District Court of the United States for the Southern Dis-
trict of New York. *Mr. Abram I. Elkus* for the plaintiff
in error. *The Attorney General* and *The Solicitor General*
for the defendant in error.